

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 3, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 07-123 |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| DAMION CAMPBELL | : | VIOLATIONS: 21 U.S.C. §841(a)(1) and |
| also known as Damo | : | §841(b)(1)(B)(iii) |
| | : | (Unlawful Distribution of 5 Grams or More |
| Defendant. | : | of Cocaine Base); |
| | : | 21 U.S.C. §860(a) |
| | : | (Unlawful Distribution of Cocaine Base |
| | : | Within 1000 feet of a School) |
| | : | |
| | : | UNDER SEAL |

**INDICTMENT**

FILED IN OPEN COURT

The Grand Jury charges that:

MAY 09 2007

## COUNT ONE

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

On or about May 9, 2002, within the District of Columbia, **DAMION CAMPBELL, also known as Damo**, defendant herein, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, in the form known as crack cocaine, a schedule II narcotic controlled substance, and the amount of said mixture and substance was 5 grams or more.

**(Unlawful Distribution of 5 Grams or More of Cocaine Base, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii))**

Case Related To  02-261

## COUNT TWO

On or about May 9, 2002, within the District of Columbia, **DAMION CAMPBELL, also known as Damo**, defendant herein, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, in the form known as crack cocaine, a schedule II narcotic controlled substance, within one thousand feet of the real property comprising Hendley Elementary School, an elementary public school in the District of Columbia.

   (**Unlawful Distribution of Cocaine Base within 1000 feet of a School**, in violation of
   Title 21, United States Code, Sections 860(a))

## COUNT THREE

On or about June 13, 2002, within the District of Columbia, **DAMION CAMPBELL, also known as Damo**, defendant herein, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, in the form known as crack cocaine, a schedule II narcotic controlled substance, and the amount of said mixture and substance was 5 grams or more.

   (**Unlawful Distribution of 5 Grams or More of Cocaine Base**, in violation of Title 21,
   United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii))

## COUNT FOUR

On or about June 13, 2002, within the District of Columbia, **DAMION CAMPBELL, also known as Damo**, defendant herein, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, in the form known as crack cocaine, a schedule II narcotic controlled substance, within one thousand feet of the real property comprising Hendley Elementary School, an elementary public school in the District of Columbia.

(**Unlawful Distribution of Cocaine Base within 1000 feet of a School**, in violation of Title 21, United States Code, Sections 860(a))

## COUNT FIVE

On or about July 2, 2002, within the District of Columbia, **DAMION CAMPBELL, also known as Damo**, defendant herein, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, in the form known as crack cocaine, a schedule II narcotic controlled substance, and the amount of said mixture and substance was 5 grams or more.

(**Unlawful Distribution of 5 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii))

## COUNT SIX

On or about July 2, 2002, within the District of Columbia, **DAMION CAMPBELL, also known as Damo**, defendant herein, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, in the form known as crack cocaine, a schedule II narcotic controlled substance, within one thousand feet of the real property comprising Hendley Elementary School, an elementary public school in the District of Columbia.

(**Unlawful Distribution of Cocaine Base within 1000 feet of a School**, in violation of Title 21, United States Code, Sections 860(a))

A TRUE BILL: _Richard A. Hume_

FOREPERSON.

Attorney of the United States in and for the District of Columbia.