# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA<br>**SEALED**<br>v.<br>Damion Campbell, also known as Damo<br><br>DOB: XX/XX/XX    PDID: XXX-XXX | DOCKET NO:<br>**07-123** | MAGIS. NO |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>Damion Campbell, also known as Damo<br><br>**FILED**<br>JUN 0 7 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT | |
| WARRANT ISSUED ON THE BASIS OF    Indictment | DISTRICT OF ARREST    District of Columbia | |
| TO:    ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY    Washington, D.C. | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Unlawful Distribution of 5 Grams or More of Cocaine Base, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii))

Unlawful Distribution of Cocaine Base within 1000 feet of a School, in violation of Title 21, United States Code, Sections 860(a))

**IN VIOLATION OF:**

UNITED STATES CODE TITLE & SECTION:

21 USC, Section 841(a)(1) and 841(b)(1)(B)(iii)
21 USC, Section 860(a)

| BAIL FIXED BY COURT | OTHER CONDITIONS OF RELEASE | |
|---|---|---|
| Hold without Bond | | |
| ORDERED BY:<br>**ALAN KAY**<br>U.S. MAGISTRATE JUDGE | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>**ALAN KAY**<br>U.S. MAGISTRATE JUDGE | DATE ISSUED<br>**MAY 0 9 2007** |
| CLERK OF COURT:<br>NANCY MAYER-WHITTINGTON | BY DEPUTY CLERK<br>[signature] | DATE<br>**MAY 0 9 2007** |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 06/07/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 06/07/07 | O.L. BALDWIN<br>USMS/SDUSM | [signature] B |
| HIDTA CASE    Yes    (No) | | OCDETF CASE    Yes    (No) |