UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-123 (RJL) |
| | : | |
| v. | : | |
| | : | |
| DAMION CAMPBELL, | : | |
| Defendant. | : | |

_____

### GOVERNMENT'S MOTION TO TRANSFER CASES
### PURSUANT TO RELATED CASE RULE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Honorable Court to transfer the above-captioned case to the Honorable James Robertson, under the related case provisions of the local rules. As grounds therefor, the government offers the following points and authorities, and any other information that may be provided at a hearing on this motion.

1. On May 18, 2007, the grand jury returned a sealed indictment against 16 defendants in case number 07-131. At that time, the United States filed a Notice of Related Case indicating that the matter was related to a case pending before the Honorable James Robertson.

2. Nine days before the indictment in 07-131 was returned, on May 9, 2007, the grand jury returned the indictment the instant case against defendant Damion Campbell, in case number 07-123. The United States filed a Notice of Related Case indicating that 07-123 was related to a case pending before the Honorable Richard W. Roberts. In addition to being related to an older case pending before Judge Roberts, the instant matter, case no. 07-123, was also related to the indictment that was returned in case number 07-131, and now pending before Judge Robertson.

3. On May 24, 2007, according to a docket entry, Damion Campbell's case, 07-123, was reassigned to the Honorable Richard J. Leon. The Government does not believe that the instant case

is related to any case other case now pending before Judge Leon.

4.      Pursuant to Local Criminal Rule number 57.12 (a)(1), cases are deemed related when, inter alia, "(iii) prosecution against different defendants arises from a common wiretap, search warrant, or activities which are a part of the same alleged criminal event or transaction." The Government submits that the above captioned case, 07-123, is related to cases pending before Judge Robertson in that they all arise from a common wiretap, relate to the same narcotics conspiracy and arise from the same investigation.

5.      Pursuant to Local Criminal Rule number 57.12 (c)(1), new cases are to be assigned "to the judge to whom the oldest related case is assigned." Now that the case has been reassigned from Judge Roberts, the Government submits that the oldest related case is presently pending before Judge Robertson.

6.      The Government further submits that, consistent with Local Criminal Rule 57.12(d), consolidation of these cases before the same Judge, will avoid a duplication of judicial effort.

WHEREFORE, the United States respectfully requests that its Motion to Transfer Pursuant to Local Criminal Rule 57.12 be granted.

        Respectfully submitted,

        JEFFREY A. TAYLOR, Bar No. 498610
        United States Attorney

        _____/s/_____
        Arvind K. Lal, Bar No. 389496
        Matthew P. Cohen, Bar No. 469629
        Assistant United States Attorneys
        Organized Crime and Narcotics Trafficking
        555 Fourth Street, N.W.
        Washington, D.C.  20530
        (202) 353-8833 (Lal)
        (202) 514-7427 (Cohen)

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I served a copy of the foregoing was served by ECF upon Gary Sidell, counsel for Damion Campbell, this 21st day of June, 2007.

_____/s/_____
Matthew P. Cohen
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-123 (RJL) |
| | : | |
| v. | : | |
| | : | |
| DAMION CAMPBELL | : | |
| Defendant. | : | |

_____

**ORDER**

Based on the representations in the government's motion to transfer the above captioned case, and finding good cause therefor, it is this _____ day of June, 2007, hereby

ORDERED that the above captioned case be transferred to The Honorable James Robertson.

_____
RICHARD J. LEON
United States District Judge