UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | Criminal N0. 07-123 (JR) |
| | : | |
| DAMION CAMPBELL | : | |

UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO 404(B) MOTION

Pursuant to Local Criminal Rules ("LCrR") 47 and 57, and F. R. Cr. P. 47, defendant Damion Campbell, by his attorney, Gary M. Sidell, hereby submits his unopposed motion to extend the time in which to respond to the motion (document #16) filed by the Government for admission of certain evidence pursuant to Federal Rule of Evidence 404(b). As grounds for his motion, Mr. Campbell states the following:

1.      The United States Attorney's Office has extended a plea offer to Mr. Campbell which currently has a deadline of this Friday, August 24, 2007. As a result, counsel for Mr. Campbell proposes to extend the time for any response to the Government's motion, if necessary, until a time during, or after, the week beginning August 27, 2007, in the event that Mr. Campbell rejects the pending, or other, plea offer.

2.      Counsel has discussed the bases of, and relief sought by, this motion with assistant United States attorney Matthew Cohen. Mr. Cohen has authorized counsel to inform this Honorable Court that he does not oppose the relief sought here.

Based on the foregoing, Mr. Campbell urges this Honorable Court to grant this motion and set a deadline for any response to the substantive Government motion at a time at, or after, the week beginning August 27, 2007, in the event that Mr. Campbell rejects the pending, or other, plea offer.

    Respectfully submitted,

    _____/s/_____
    Gary M. Sidell
    1776 K Street, NW
    Suite 800
    Washington, D.C. 20006
    D.C. Bar No. 961847
    202-783-0060
    202-331-9666 (facsimile)
    suitcase@erols.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have caused to be served upon all parties to this case this 20th day of August, 2007, this opposition by ECF.

    _____/s/_____
    Gary M. Sidell

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | Criminal N0. 07-123 (JR) |
| | : | |
| DAMION CAMPBELL | : | |

O R D E R

Based on the defendant's unopposed motion to extend the time for his response to the Government's motion for admission of certain evidence pursuant to Federal Rule of Evidence 404(b)(docket #16), it is this _____ day of _____, 2007, hereby

ORDERED, that the defendant's motion is GRANTED; and it is further

ORDERED, that the defendant's response shall be due no later than _____, 2007.

_____
JAMES ROBERTSON, Judge
United States District Court for the District of
Columbia