**FILED**
**AUG 2 3 2007**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | Criminal N0. 07-123 (JR) |
| | : | |
| DAMION CAMPBELL | : | |

## ORDER

Based on the defendant's unopposed motion to extend the time for his response to the Government's motion for admission of certain evidence pursuant to Federal Rule of Evidence 404(b)(docket #16), it is this 22nd day of August, 2007, hereby

ORDERED, that the defendant's motion is GRANTED; and it is further

ORDERED, that the defendant's response shall be due no later than August 31, 2007.

_____
JAMES ROBERTSON
United States District Judge