**FILED**

NOV 2 9 2007

NANCY MAYER WHITTINGTON, CLERK
U S DISTRICT COURT

### HONORABLE JAMES ROBERTSON, UNITED STATES DISTRICT JUDGE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Docket No.:** <u>CR-07-123-01</u> |
| | : | |
| **vs.** | : | **SSN:** _____ |
| | : | |
| **CAMPBELL, Damion** | : | **Disclosure Date:** <u>October 25, 2007</u> |

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case.  The undersigned further acknowledges that:

#### For the Government
(CHECK APPROPRIATE BOX)
( )   There are no material/factual inaccuracies therein.
( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.


_____                    _____
**Prosecuting Attorney**                                              **Date**

#### For the Defendant
(CHECK APPROPRIATE BOX)
( )   There are no material/factual inaccuracies therein.
( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

X _Damion T. Campbell_ 10/30/07        X _____ 10/30/07
**Defendant**       **Date**                                  **Defense Counsel**     **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **November 8, 2007**, to U.S. Probation Officer **Renee Moses-Gregory**, telephone number <u>(202) 565-1348</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.


**FOR THE COURT**

By:   Gennine A. Hagar, Chief
       United States Probation Officer

UNITED STATES V. DAMION CAMPBELL, 07-123(JR)

**Receipt and Acknowledgment**                                        **Page 2**

Reported:                                    Should Be:

1. page 12 ¶45 "Disposition"                 Status: 1/14/08

         Status: 10/30/07

2. page 18 ¶84, 85

         "Offense level 29"          27    (See ¶24)(reduction in offense

         "advisory range of 121 to 151"      level for "crack" by 2 levels)

                                       100-125 months (27/crim. hist IV

3. page 20 ¶102 "no extraordinary        Other than the parties' plea agree-

         factors that suggest. . "      ment of 11(c)(1)(C)(60-66 month)

4. page 16 ¶65 ADD New Information: Effective 10/31/07, Mr. Campbell

                                       began part-time employment with ABM

                                       Cleaning Services, Inc. @ NASA Federal

                                       Credit Union located at 4th/E Streets,

                                       SW, Washington from 5:30 -10:00 pm

                                       Mondays through Fridays.

CERTIFICATE OF SERVICE

I hereby certify that I have casued to be mailed by first class mail,
postage prepaid, a copy of these corrections to Arvind Lal, Esq.,
Assistant United States Attorney, 555 Fourth Street, NW, Room 4122,
Washington, D.C. 20530, this 1st day of November, 2007.

                         Gary M. Sidell

**Signed by:**
                         **(Defendant/Defense Attorney/AUSA)**

**Date:**        11-1-07