HONORABLE JAMES ROBERTSON, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
NOV 2 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | : | Docket No.: CR-07-123-01 |
| --- | --- | --- |
|  | : |  |
| vs. | : | SSN: _____ |
|  | : |  |
| CAMPBELL, Damion | : | Disclosure Date: October 25, 2007 |

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                    _____11/8/07_____
Prosecuting Attorney                                      Date

**For the Defendant**
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____   _____        _____   _____
Defendant            Date                    Defense Counsel      Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **November 8, 2007**, to U.S. Probation Officer **Renee Moses-Gregory**, telephone number **(202) 565-1348**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:   Gennine A. Hagar, Chief
      United States Probation Officer



U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W*
*Washington, D.C. 20530*

November 8, 2007

VIA FAX TO (202) 273-0242

Renee Moses-Gregory
U.S. Probation Officer

    Re:    *United States v. Damion Campbell*, CR-07-123-01 (JR)
            Presentence Investigation Report

Dear Ms. Moses-Gregory:

    We wish to note the following material/factual inaccuracies in the PSI report:

Page 11, item 42:    12/24/01 is the date of the murder, not the date of Mr. Campbell's arrest. He was arrested on 11/20/03. A copy of the arrest warrant affidavit is enclosed with this letter.

Page 11:    In addition to the arrests listed in the "Other Criminal Conduct" section, Mr. Campbell was arrested May 23, 2000, following the seizure of approximately 317 grams of crack cocaine and a loaded 9 mm from his car. This case was no-papered. A copy of the PD 163 is enclosed with this letter.

    Please call me or Arvind Lal if we can be of any further assistance.

                                Sincerely,

                By:    */s/*
                      MATTHEW P. COHEN
                      ASSISTANT U.S. ATTORNEY
                      (202) 514-7427 office
                      (202) 514-8707 fax

Enclosures
cc:    Gary Sidell (via fax to (202) 331-9666)

## Superior Court of the District of Columbia

### CRIMINAL DIVISION

### AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT

USWNo.:

| DEFENDANT'S NAME: Campbell, Damion | | | | CCR: 01-180-544 | | | PDID: 394018 | |
|---|---|---|---|---|---|---|---|---|
| SEX: MALE | RACE: BLACK | D.O.B.: | HEIGHT: 503 | WEIGHT: 135 | EYES: BROWN | | HAIR: BLACK | COMPLEXION: MEDIUM |

| DEFENDANT'S HOME ADDRESS: | TELEPHONE NUMBER: |
|---|---|
| DEFENDANT'S BUSINESS ADDRESS: | TELEPHONE NUMBER: |

| COMPLAINANT'S NAME: Alberto-Lopez, Jose Antonio | | |
|---|---|---|
| LOCATION OF OFFENSE: | DATE OF OFFENSE: 12/24/2001 | TIME OF OFFENSE: 04:50 |

**GIVE BRIEF DESCRIPTION OF WHAT HAPPENED:**

On Monday, December 24, 2001, at approximately 0450hrs., members of the Metropolitan Police Department received a call for the report of a shooting in the 4300 block of 4th Street, Southeast, Washington, D.C. Upon their arrival to the scene, the front of 4329 4th Street, Southeast, members located Mr. Jose Alberto-Lopez, a light complected, Hispanic male, seated inside his vehicle suffering from a single gunshot wound to the head. Mr. Alberto-Lopez's injuries were such that members of the District of Columbia's Fire Department left the decedent on the crime scene. Mr. Alberto-Lopez was transported to D.C. General Hospital by members of the Office of the Chief Medical Examiner, and pronounced dead by Dr. Nuni at 7:14am.

The remains of the decedent where transported to the Office of the Chief Medical Examiner for an autopsy. On Monday, December 24, 2001, an autopsy was conducted on the remains of the decedent by Dr. Wendy Gunther. Dr. Gunther determined that the cause of death was a single gunshot wound to the head, and the manner of death was ruled a homicide.

An investigation into this homicide was initiated by members of the Seventh District's Homicide Unit. The investigation revealed the existence of a witness hereafter referred to as W-1. W-1 was located and interviewed. W-1 stated that it was present in the 4300 block of 4th Street, Southeast, Washington, D.C., the night the above described shooting took place. W-1 stated that it observed an individual that it knows as "Damo," exit a nearby apartment building, and walk to the driver's door of the decedent's car. W-1 then heard a shot, and observed "Damo" run from the driver's side of the decedent's car. "Damo" then ran back into the apartment building from which he came.

W-1 then observed the decedent's car, with the decedent still seated in the drivers seat, roll forward and crash into a parked car. W-1 stated that it has known the defendant Damion Campbell, aka "Damo" for more than one year. W-1 was shown a single MPDC PDID photograph of the defendant Damion Campbell. W-1 advised that this is the individual that committed the homicide described above. The photograph that was shown to W-1, was a photograph of the defendant Damion Campbell.

An additional witness hereafter referred to as W-2 was located and interviewed. W-2 stated that within 72 hours of the above described homicide "it" purchased cocaine from an individual known to "it" as "Damo" while in the 4300 block of 4th Street, Southeast. As "Damo" was attempting to serve W-2 the cocaine, a ▪▪▪ handgun fell out of the "Damo's" coat pocket. "Damo" then picked the gun up and put it in his pants pocket. Before the drug deal between "Damo" and "W-2" could be completed, "Damo" again dropped the gun out of his pants pocket. At this point "W-2" tells "Damo" "You had better put that gun up before you hurt somebody." "Damo" responded "I already did, the other day I had to bust this cracker for pulling off with my shit."

TO: WARRANT CLERK
PLEASE ISSUE A WARRANT FOR:
Campbell, Damion

Charge With: MURDER I WHILE ARMED

_[signature]_ 11/18/03
ASSISTANT UNITED STATES ATTORNEY

AFFIANT'S SIGNATURE: X _[signature]_

SUBSCRIBED AND SWORN TO BEFORE ME THIS 18TH DAY OF NOVEMBER 20 03

_[signature]_ (JUDGE) (DEPUTY CLERK) SUPERIOR COURT

handwritten margin note: noted 4. 7:40pm 11-3-03 wcb

Page 1 of 2 pages

## Superior Court ot the District of Columbia

CRIMINAL DIVISION

AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT

| U S W No.: |
|---|

| DEFENDANT'S NAME: Campbell, Damion | C C R: 01-180-544 | PDID: 394018 |
|---|---|---|

| SEX: MALE | RACE: BLACK | D.O.B.: | HEIGHT: 503 | WEIGHT: 135 | EYES: BROWN | HAIR: BLACK | COMPLEXION: MEDIUM |
|---|---|---|---|---|---|---|---|

| DEFENDANT'S HOME ADDRESS: | TELEPHONE NUMBER: |
|---|---|

| DEFENDANT'S BUSINESS ADDRESS: | TELEPHONE NUMBER: |
|---|---|

COMPLAINANT'S NAME: Alberto-Lopez, Jose Antonio

| LOCATION OF OFFENSE: | DATE OF OFFENSE: 12/24/2001 | TIME OF OFFENSE: 04:50 |
|---|---|---|

GIVE BRIEF DESCRIPTION OF WHAT HAPPENED:

At the time of the above described homicide, W-2 had *lived* [redacted] in the area of the 4300 block of 4th Street, Southeast, in excess of 3 years. W-2 stated that it was clear to "it" that the defendant was talking about the above described homicide. W-2 remembered that the homicide described above was on Christmas Eve, and that no other homicides had occurred in the 4300 block of 4th Street, Southeast, between the above described homicide and the cocaine sale between W-2 and the defendant. Your affiant checked MPDC records and found that no other homicides occurred in the area of the 4300 block of Fourth Street, Southeast, from December 23, 2001, to December 31, 2001, other than the homicide listed above.

Therefore based on the above listed investigation your affiant believes that probable cause exists for a Judge of the Superior Court for the District of Columbia to issue an arrest warrant for the above listed defendant, Damion Campbell, Black male, born June 26, 1971, PDID 394-018.

*noted LH/MSLM 11-3-03 vcb*

TO: WARRANT CLERK
PLEASE ISSUE A WARRANT FOR:
Campbell, Damion

Charge With: MURDER I WHILE ARMED

ASSISTANT UNITED STATES ATTORNEY

AFFIANT'S SIGNATURE:
X

SUBSCRIBED AND SWORN TO BEFORE ME THIS 18TH DAY OF NOVEMBER 20 03

(JUDGE) (DEPUTY CLERK) SUPERIOR COURT

Page 2 of 2 pages

| METROPOLITAN POLICE DEPARTMENT Washington, D.C. ARREST/PROSECUTION REPORT P.D. 163 Rev. 6/04    G.O. 401.5 | 1. PERSON NOTIFIED OF NAME CHANGE - UNIT - DATE / TIME - NCIC NO (ID Only) | | 2. ID NUMBER (ID Only) |
|---|---|---|---|
| | 3. DEFENDANT'S TRUE NAME - LAST, FIRST, MIDDLE (ID Only) | | 4. CID NUMBER |
| 5. UNIT-ARREST NO. 070002570 | 6. DEFENDANT'S NAME - LAST, FIRST, MIDDLE (At time of arrest) Campbell, Damion | | 7. DEA LAB NUMBER |
| 8. Arresting Officer's Name Shumac, Ralph | 9. TYPE OF RELEASE ☐ CITATION ☐ BOND ☐ COLLATERAL | 10. NICKNAME / ALIAS Lil Damo | 11. PHONE NUMBER |
| Rank  Badge #  Agency Inv  4253  MPD | 12. COURT DATE 5-24-00 | 13. ADDRESS | 14. TIME IN D.C. life |

| 15. ☐ CHILD ABUSE | ☐ GANG SPECIAL INTELLIGENCE | ☐ HATE | ☐ SENIOR CITIZEN | ☐ DOMESTIC VIOLENCE | 16. SEX M | 17. RACE B | 18. BIRTHDATE | 19. SOCIAL SECURITY NUMBER |
|---|---|---|---|---|---|---|---|---|
| 20. NEED INTERPRETER Yes ☐ No ☐ | 21. HEIGHT 5'0 | 22. WEIGHT 125 | 23. HAIR blk | 24. EYES bro | 25. COMPLEX med | 26. PERMIT NO/ST | 27. BIRTHPLACE Washington D.C. | |
| 28. CO-DEFENDANTS: Number 0 | | | 29. IMPERSONATOR? M  F | | | 30. ETHNICITY | 31. CAUTION Guns & Drugs | |

NAME, ADDRESS, ZIP CODE AND PHONE NUMBER
1.
2.
3.

| 32. SCARS/MARKS/TATTOOS forehead | | |
|---|---|---|
| 33. HAT black | 34. JACKET | 35. PANTS blue |
| 36. COAT | 37. SHIRT white | 38. SKIRT/DRESS |

39. WALES/NCIC CHECK

| CHECK MADE BY (Name) Julien | NCIC NUMBER | WARRANT ON FILE Yes ☐ No ☐ | |
|---|---|---|---|
| 40. LOCATION OF OFFENSE F/O | | DATE OF OFFENSE 5-23-00 | TIME OF OFFENSE 1720 |
| 41. LOCATION OF ARREST f/o | | DATE OF ARREST 5-23-00 | TIME OF ARREST 1720 |
| 42. ASSISTING OFFICER: Walker, Lawrence  #3957  7D | | ASSISTING OFFICER: Williams, Rodeny  #4294  7D | |

43. DEFENDANT ADVISED OF RIGHTS

| DATE | TIME | LOCATION | OFFICER'S NAME | BADGE NO | UNIT |
|---|---|---|---|---|---|
| | | | | | |

44. COMPLAINANTS / WITNESSES

| | NAME | ADDRESS | BIRTHDATE | HOME PHONE | WORK PHONE |
|---|---|---|---|---|---|
| W-1 | Society | | | | |
| W-2 | | | | | |

| 45. SPEC. OPS. | 46. TACTICS 1 | 47. PREMISES 1 | 48. SCHOOL ZONE ☐  PUBLIC HOUSING ☐ |
|---|---|---|---|

| 49. | CHARGES | NOI OR WARRANT NUMBER | CCN | MPD DISPOS. | COLLA/BOND RECEIPT NO. |
|---|---|---|---|---|---|
| 1. | C.S.A. Cocaine/ while armed | | 066-071 | L/U | |
| 2. | Felony RSP | | 066-071 | L/U | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| 50. PROPERTY RECOVERED / ITEMS OF EVIDENCE | 51. INITIALS - DATE - UNIT OF PERSON TAKING PRINT | 53. RIGHT THUMB PRINT |
|---|---|---|
| PROPERTY BOOK/ PAGE NO.    CSES NO. | 52. M.O. WEAPONS, HANGOUTS, HABITS, INSTRUMENTS | |

REVERSE CARBONS

| 55. EMPLOYMENT HISTORY (List present employment if any, on Line 1) | | | | |
|---|---|---|---|---|
| FROM - DATE - TO | EMPLOYER | ADDRESS | BUS PHONE | OCCUPATION |
|  | unemployed |  |  |  |

| 56. NAMES OF LIVING FAMILY, RELATIVES, FRIENDS AND ASSOCIATES (Begin with immediate family) | | | | |
|---|---|---|---|---|
| RELATIONSHIP | DOB/AGE | NAME - LAST, FIRST, M.I. | ADDRESS - STREET, CITY, STATE, ZIP CODE | PHONE NUMBER |
|  |  | None given |  |  |

| MILITARY SERVICE: BRANCH/DATE FROM - TO | 58. TELEPHONE CALL MADE ☐ Yes ☐ No ☐ Refused | 59. PHONE NUMBER |
|---|---|---|
| none |  |  |

STATEMENT OF FACTS: (Give a brief statement in your own words, of the facts surrounding the offense and the arrest. Use Continuation Form PD 202A for additional space. Note present condition of any injured person(s). Do not give Witnesses' Names or Addresses. REFER to them as W1 or W2, etc as indicated in Item 31.)

THIS OFFENSE OCCURRED ON 5/23/99 at APPROXIMATELY 1720 hrs. IN P.S.A. 709. in the 4200 BLK. 4th STREET S.E. WDC. I AM A MEMBER OF THE SEVENTH DISTRICT FOCUS MISSION UNIT.

MEMBERS OF THE SEVENTH DISTRICT FOCUS MISSION UNIT WAS ON ROUTINE PATROL IN THE 4200 blk. of 4th STREET S.E. WHEN MEMBERS OBSERVED D-1 ( DAMION CAMPBELL ) HUDDLED TOGETHER WITH TWO OTHER SUBJECTS. AS THE MEMBERS APPROACHED, ONE OF THE SUBJECTS MADE A THROWING MOTION TO THE GROUND. MEMBERS EXITED THEIR VEHICLE TO INVESTIGATE FURTHER. MEMBERS APPROACHED THE SUBJECTS AND BEGAN TO CONDUCT A PROTECTIVE PAT DOWN FOR THEIR SAFETY. MEMBERS ON THE SCENE HAD PRIOR KNOWLEDGE OF DEF. CAMPBELL'S PAST HISTORY WITH FIRE ARM VIOLATIONS IN THE DISTRICT OF COLUMBIA.

MEMBERS ASKED DEFENDANT CAMPBELL IF HE HAD ANY VEHICLES IN THE IMMEDIATE AREA. DEF. CAMPBELL STATED " YES ". AT THAT TIME MEMBERS ASKED DEFENDANT CAMPBELL IF THEY COULD SEARCH HIS CADILLAC FOR WEAPONS. DEF. CAMPBELL " STATED YES ". A SEARCH WAS CONDUCTED FROM TWO SETS OF KEYS PROVIDED BY DEFENDANT CAMPBELL WILLINGLY. DEFENDANT CAMPBELL STATED THAT THE KEYS WENT TO A CADILLAC AND HIS HOOPTIE THAT HE HAD RECENTLY WRECKED. THE SEARCH OF THE CADILLAC WAS NEGATIVE. MEMBERS NOTICED THAT THE SECOND SET OF KEYS BELONG TO A GENERAL MOTOR'S PRODUCT. DEFENDANT CAMPBELL NEVER GAVE THE MEMBERS THE TYPE OF VEHICLE THE SECOND SET OF KEYS BELONG TO. MEMBERS IN THEIR INVESTIGATION NOTICED THAT THERE WAS CHEVROLET CELEBRITY IN

1. DEFENDANT'S VERSION / REMARKS: [What did defendant say about the offense or his/her whereabouts at the time of offense? (Use PD 118 for defendant's written statement.)]

| 2. RECORD CLERK'S NAME | | 3. | 5. | 64. PROPERTY BOOK/PAGE NO. PRISONER'S PROPERTY ONLY |
|---|---|---|---|---|
| 63. ARREST RECORD SUMMARY | 2. | 4. | 6. | |

5. BAIL REFORM ACT CASES: Was a statement made by defendant in reference to his/her failure to appear? ☐ Yes ☐ No
(If yes, include in Defendant's Version/Remarks Section above.)

| 5. PRINTED NAME OFFICER MAKING STATEMENT | BADGE NUMBER | RANK | 68. SIGNATURE OF REVIEWING OFFICIAL | |
|---|---|---|---|---|
| K. Shumate | 4253 | Inv. | Patrick Johnson | |
| 7. SIGNATURE OF OFFICER MAKING STATEMENT | UNIT | DATE | UNIT | DATE |
| Ralph Shumate | 7D | 5/23/00 | | 5-23-00 |

CHECK LAST COPY FOR LEGIBILITY BEFORE TURNING IN REPORT

## METROPOLITAN POLICE DEPARTMENT
### WASHINGTON, D.C.
### CONTINUATION REPORT
FOR USE WITH PD163 AND PD379 **ONLY**

| 1-COMPLAINT NUMBER | 2-ARREST NUMBER |
|---|---|
| 066-71 | 07000 1 |

| 3-UNIT OR DIST. |
|---|
| 7D |

**4 ITEM NO:**

THE PARKING LOT WITH EXTENSIVE FRONT END DAMAGE.

INVESTIGATOR WALKER WALKED OVER TO THE VEHICLE IN QUESTION, AND IN PLAIN VIEW FROM THE DRIVER SIDE SEAT WAS A LIVE SEMI AUTOMATIC ROUND AND ONE SPENT ROUND. ONCE THIS WAS DISCOVERED THE MEMBER USED THE OTHER SET OF KEYS PROVIDED BY DEFENDANT CAMPBELL TO ENTER THE PASSENGER SIDE DOOR. THE KEY WAS A MATCH. A WALES CHECK WAS CONDUCTED ON THE TAG OF THE VEHICLE VA. TEMP. Z748442 WHICH REVEALED THE TAG WAS STOLEN. WITH THIS DEFENDANT CAMPBELL WAS ARRESTED.

THE VEHICLE WAS SEIZED AND TRANSPORTED TO THE SEVENTH DISTRICT WHERE A INVENTORY SEARCH OF THE VEHICLE REVEALED THE FOLLOWING:
1. A TOTAL OF 317 GRAMS OF LARGE WHITE CHUNKS OF WHITE ROCK SUBSTANCE.
2. A 9mm SEMI- AUTOMATIC PISTOL HOLDING 32 LIVE ROUNDS OF AMMO.
3. PERSONAL PAPERS OF THE DEFENDANT FROM WITH IN THE VEHICLE.
4. A BROWN PAPER BAG WITH 17 LIVE 9mm ROUNDS FROM UNDER THE DRIVER SEAT.
5. LIVE 9mm ROUND & 1 SPENT 9mm ROUND FROM THE DRIVER SEAT.

5-SIGNATURE OF REPORTING OFFICER - UNIT - BADGE NO.: [signature] 7D 4253

6-SUPERVISOR APPROVING: Sgt Fred C Johnson

7-REVIEWER:

8-PAGE NO.      OF      PAGES

USE BALL POINT PEN AND PRESS FIRMLY. REMEMBER, THIS IS A FIVE PART SET. CHECK LAST COPY FOR LEGIBILITY BEFORE TURNING REPORT IN